UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TIFFANY BOGLE,<br><br>    Plaintiff,<br><br>    v.<br><br><br>BATH & BODY WORKS,<br><br>    Defendant. | No. CV-04-382-FVS<br><br>ORDER |

**THIS MATTER** having come before the Court based upon a stipulated motion for dismissal; Now, therefore

**IT IS HEREBY ORDERED:**

The "Stipulation of Dismissal with Prejudice" (Ct. Rec. 42) is granted.  The plaintiff's claims against the defendant are dismissed with prejudice.

**IT IS SO ORDERED.**  The District Court Executive is hereby directed to enter this order and furnish copies to counsel and close this file.

**DATED** this ___25th___ day of October, 2005.

                           ___s/ Fred Van Sickle___
                              Fred Van Sickle
                         United States District Judge

ORDER- 1